69 A.3d 240

**Richard HOUSTON, Petitioner**

v.

**Jon FISHER, Respondent.**

**No. 65 EM 2013.**

Supreme Court of Pennsylvania.

June 27, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**